UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| **JUSTIN C. NELSON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO: 3:14-cv-583 |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER AVAC046891,** | : : : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446 (a), et seq., Certain Underwriters at Lloyd's, London ("Defendants" or "Underwriters"), subscribing to Policy Number AVAC046891 ("Policy") file this Notice of Removal in the United States District Court for the Eastern District of Tennessee, Northern Division, on the following grounds:

1.

Plaintiff Justin C. Nelson ("Plaintiff") has brought a civil action in the Jefferson County Circuit Court, Dandridge, Tennessee, styled *Justin C. Nelson v. Underwriters at Lloyd's, London*, Case Number 24142-IV ("Complaint").

2.

Defendants Underwriters subscribing to Policy Number AVAC046891 were served with the Complaint and Summons through their registered agent, Mendes and Mount, LLP on or around November 17, 2014. (*A true and correct copy of Complaint and Summons served to date in the civil action are collectively attached to this Notice of Removal as required by 28 U.S.C. §*

*1446 (a) hereto as Exhibit "A."*) The Complaint seeks $175,000 in compensatory damages and $1,400,000 in punitive damages.

3.

Exhibit "A" comprises all the documents of which Defendants are aware that are either filed or served upon them in this matter to date.

4.

Plaintiff is a resident of Jefferson County, Tennessee. At all times relevant hereto, Plaintiff was the owner of the property at issue, located at 1321 West Old A J Highway, New Market, Jefferson County, Tennessee ("Property").

5.

Defendants are a foreign association of insurers whose principal place of business is located in London, England, United Kingdom.

6.

Because the parties are completely diverse and the amount in controversy exceeds the sum of $75,000, jurisdiction is founded on diversity of citizenship pursuant to 28 U.S.C. §1332.

7.

Defendants' removal in this civil action is timely pursuant to U.S.C. § 1446 (b)(1) in that less than thirty (30) days have elapsed since Defendants received a copy of the summons and complaint by service. *See Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999).

8.

Defendants are timely providing written Notice of Removal of the civil action to Plaintiff and are filing a copy of the Notice with the Clerk of the Circuit Court in which the action is

pending. (*A true and correct copy of Defendants' Notice of Filing of Removal, which Defendants are filing in the State Court, is attached hereto as Exhibit "B".*)

**WHEREFORE,** Defendants respectfully request that Case Number 24142-IV, currently pending in the Jefferson County Circuit Court, Dandridge, Tennessee be removed to the United States District Court for the Eastern District of Tennessee, Knoxville Division.

Respectfully submitted this 15th day of December 2014.

/s/ Renee Levay Stewart
Renee Levay Stewart
TN Bar No. 18768
**NORTH, PURSELL & RAMOS, PLC**
414 Union Street
Suite 1850
Nashville, TN 37219
PH:   (615) 255-2555
FX:   (615) 255-0032
rlstewart@nprattorneys.com

/s/ Nanette L. Wesley
**NANETTE L. WESLEY** *(Admission to the Eastern District of Tennessee Pro Hac Vice To Be Filed)*
Tennessee State Bar No: 19197
Wesley Holladay, LLC
2974 Lookout Place NE
Atlanta, Georgia 30305
PH (678) 686-2980; FX (678) 686-2981
nwesley@wesleyfirm.com
*Attorneys for Defendants*

| | | |
|---|---|---|
| **JUSTIN C. NELSON** | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | NO: _____ |
| | : | |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER AVAC046891** | : : : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a copy of the foregoing **NOTICE OF REMOVAL**, by depositing a true and correct copy of same in the United States Mail, with adequate postage thereon, and via electronic filing, and addressed to counsel of record as follows:

J. Brandon McWherter, Esq.
Gilbert Russell McWherter Scott & Bobbitt, PLC
341 Cool Springs Boulevard
Suite 230
Franklin, TN 37067

Clinton H. Scott, Esq.
Gilbert Russell McWherter Scott & Bobbitt, PLC
101 N. Highland Ave.
Jackson, TN 38301

Respectfully submitted this 15th day of December 2014.

/s/ Renee Levay Stewart
Renee Levay Stewart

TN Bar No. 18768
**NORTH, PURSELL & RAMOS, PLC**
414 Union Street
Suite 1850
Nashville, TN 37219
PH:     (615) 255-2555
FX:     (615) 255-0032
rlstewart@nprattorneys.com

**NANETTE L. WESLEY** *(Admission to the Eastern District of Tennessee Pro Hac Vice To Be Filed)*
Tennessee State Bar No: 19197
Wesley Holladay, LLC
2974 Lookout Place NE
Atlanta, Georgia 30305
PH (678) 686-2980; FX (678) 686-2981
nwesley@wesleyfirm.com
*Counsel for Defendants*