UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN NELSON | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : NO: 3:14-cv-00583-TAV-HBG |
| | : |
| CERTAIN UNDERWRITERS AT | : |
| LLOYD'S, LONDON, SUBSCRIBING | : |
| TO POLICY NUMBER AVAC046891, | : |
| | : |
| Defendants. | : |

## AMENDED NOTICE OF DEPOSITION

To: Clinton H. Scott, Esq.
Gilbert Russell McWherter Scott Bobbitt PLC
341 Cool Springs Boulevard
Suite 230
Franklin, TN 37067

PLEASE TAKE NOTICE, the Plaintiff will take the deposition of **Justin Nelson** at Hilton Garden Inn Knoxville/University, 1706 Cumberland Avenue, Knoxville, Tennessee, 37916 on **August 11, 2015,** starting at **10:00 a.m.**, Eastern Standard Time.

This deposition is being taken for all purposes authorized by law, before an official court reporter or some other officer authorized by law to administer oaths, at which time and place you are hereby notified to appear and take such as you may deem necessary.

This 16th day of July 2015.

Consented to by:

*/s/ Nanette L. Wesley*
**Renee Levay Stewart**
TN Bar No. 18768

NORTH, PURSELL, & RAMOS, PLC
414 Union Street
Suite 1850
Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rstewart@nprattorneys.com

Nanette L. Wesley (*admitted pro hac vice*)
Tennessee State Bar No: 19197
WESLEY HOLLADAY, LLC
2974 Lookout Place NE
Atlanta, Georgia 30305
PH: (678) 686-2980
FX: (678) 686-2981
nwesley@wesleyfirm.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN NELSON | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE<br>: NO: 3:14-cv-00583-TAV-HBG |
| CERTAIN UNDERWRITERS AT<br>LLOYD'S, LONDON, SUBSCRIBING<br>TO POLICY NUMBER AVAC046891, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of **DEFENDANT'S AMENDED NOTICE OF DEPOSTION (Justin Nelson)** was served by electronic means and U.S. Mail via the Court's ECF system which will electronically deliver a copy to the following attorneys of record:

J. Brandon McWherter, Esq.
**Gilbert Russell McWherter Scott Bobbitt PLC**
bmcwherter@gilbertfirm.com

Clinton H. Scott, Esq.
**Gilbert Russell McWherter Scott & Bobbitt, PLC**
cscott@gilbertfirm.com

Respectfully submitted this 16th day of July 2015.

*/s/ Nanette L. Wesley*

**Renee Levay Stewart**

TN Bar No. 18768
**NORTH, PURSELL & RAMOS, PLC**
414 Union Street
Suite 1850

Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rstewart@nprattorneys.com

**Nanette L. Wesley** (*admitted pro hac vice*)
Tennessee State Bar NO: 19197
**Wesley Holladay, LLC**
2974 Lookout Place NE
Atlanta, Georgia 30305
PH (678) 686-2980
FX (678) 686-2981
nwesley@wesleyfirm.com

*Attorneys for Defendants*