UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUSTIN C. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 3:14-cv-00583-TAV-HBG |
| ) | |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON SUBSCRIBING ) | |
| TO POLICY NUMBER AVAC046891, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Justin C. Nelson and Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy Number AVAC046891, in the above-styled case, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this case with prejudice. Each party is to bear their own costs.

This 21 day of September 2015.

/s/ Nanette L. Wesley
**Renee Levay Stewart**
TN Bar No. 18768
**NORTH, PURSELL, &RAMOS, PLC**
414 Union Street
Suite 1850
Nashville, TN 37219
PH: (615) 255-2555
FX: (615) 255-0032
rstewart@nprattorneys.com

**Nanette L. Wesley**(*admitted pro hac vice*)
Tennessee State Bar No: 19197
**Wesley Holladay, LLC**
2974 Lookout Place NE
Atlanta, Georgia 30305

PH (678) 686-2980
FX (678) 686-2981
nwesley@wesleyfirm.com

*Attorneys for Defendants*


**GILBERT RUSSELL McWHERTER SCOTT BOBBITT PLC**

/s/ Clinton H. Scott
J. BRANDON McWHERTER #21600
341 Cool Springs Blvd., Suite 230
Franklin, Tennessee 37067
Telephone: (615) 354-1144
Facsimile: (731) 664-1540
bmcwherter@gilbertfirm.com

CLINTON H. SCOTT #23008
101 North Highland
Jackson, Tennessee 38301
Telephone: (731) 664-1340
Facsimile: (731) 664-1540
cscott@gilbertfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JUSTIN C. NELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 3:14-cv-00583-TAV-HBG |
| ) | |
| CERTAIN UNDERWRITERS AT ) | |
| LLOYD'S, LONDON SUBSCRIBING ) | |
| TO POLICY NUMBER AVAC046891, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of this filing to the following attorneys of record:

J. Brandon McWherter, Esq.  
341 Cool Springs Blvd., Suite 230  
Franklin, Tennessee 37067  
bmcwherter@gilbertfirm.com

Clinton H. Scott, Esq.  
101 North Highland Avenue  
Jackson, Tennessee 38301  
cscott@gilbertfirm.com

This 21st day of September 2015.

/s/ Renee Levay Stewart  
Renee Levay Stewart  
TN Bar No. 18768